WO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 16-04264PO-001-PCT-DMF and 16-04192PO-001-PCT-DMF |
| Plaintiff, | |
| v. | **ORDER** |
| Roger Earl McKean, | |
| Defendant. | |

The defendant has qualified for pretrial release and placement at Crossroads.

IT IS HEREBY ORDERED that the United States Marshal transport defendant to the Sandra Day O'Connor Courthouse on Thursday, October 27, 2016 for release to the custody of Crossroads.  A bag and baggage hearing before the Court will **not** be required. The defendant shall reside pretrial at said facility as previously ordered by the Court.

Dated this 6th day of October, 2016.

_____
Honorable Deborah M. Fine
United States Magistrate Judge